# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSHUA EATON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 17-936 (ABJ) |
| CENTRAL INTELLIGENCE AGENCY, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Plaintiff Joshua Eaton and Defendant Central Intelligence Agency, by and through the undersigned counsel, hereby submit this joint status report pursuant to the Court's September 12, 2017, Minute Order.

As previously reported, Defendant has completed its search for documents responsive to Plaintiff's Freedom of Information Act request and has reported to Plaintiff that no responsive documents have been found. The parties now propose the following schedule for briefing summary judgment in this case:

| | |
|---|---|
| Deadline for Defendant's Motion for Summary Judgment | November 13, 2017 |
| Deadline for Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment | December 13, 2017 |
| Deadline for Defendant's Reply in Support of Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment | January 5, 2018 |
| Deadline for Plaintiff's Reply in Support of Cross Motion for Summary Judgment | January 26, 2018 |

Respectfully submitted,

\_\_\_/s/_____
Alexander English, Esq.
D.C. Dist. Ct. Bar #: MD0005
GreenSpring Legal, LLC
1509 Rainbow Dr., Ste. 101
Silver Spring, MD 20905
Tel: 301-466-4024
ajeenglish@greenspringlegal.com

Counsel for Plaintiff


JESSIE K. LIU
D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR #924092
Chief, Civil Division

_____/s/_____
JOSHUA KOLSKY
D.C. BAR # 993430
Assistant United States Attorney
District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2541
Fax: (202) 252-2599
joshua.kolsky@usdoj.gov

*Counsel for Defendant*