UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOSHUA EATON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-936 (ABJ) |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION TO STAY**
**SUMMARY JUDGMENT BRIEFING**

Defendant, by and through the undersigned counsel, respectfully moves this Court to stay the upcoming summary judgment briefing schedule in this case. Defendant's Motion is currently due on November 30, 2017. The parties, through counsel, have conferred about the relief sought in this motion, to which relief Plaintiff consents.

Defendant previously reported that it had completed its search for documents responsive to Plaintiff's Freedom of Information Act request and that no responsive documents were found. The Court thereafter adopted the parties' proposed summary judgment briefing schedule. *See* Dkt. No. 10; Minute Order dated September 26, 2017. On November 9, 2017, Defendant moved for an extension of the summary judgment deadline. *See* Dkt. No. 11. Defendant explained that in the course of preparing its declaration in support of its motion, Defendant identified additional searches that it intends to perform in an attempt to locate records responsive to Plaintiff's request. *Id*. The Court granted Defendant's Motion and extended the summary judgment deadline by seventeen days.

Defendant has since determined that substantially more time will be required to conduct the supplemental searches and to process any responsive records that may be identified through those searches. Moreover, Defendant cannot at this time accurately predict the amount of time that will be necessary to finish the searches or process responsive records, if any. Accordingly, rather than further extend the summary judgment motion deadline, Defendant believes the more prudent course is for the Court to stay the summary judgment briefing schedule until such time as the supplemental searches and any productions are complete. Defendant further proposes that the parties file a Joint Status Report on January 12, 2018, informing the Court of the status of the searches and production, if any, and proposing a briefing schedule at that time if the searches and production are complete.

In sum, good cause supports this motion, and it is being filed in good faith and not for purposes of undue delay. As discussed, Defendant previously sought an extension of time to file its summary judgment motion.

A proposed Order is attached hereto.

        Respectfully submitted,

        JESSIE K. LIU
        United States Attorney
        D.C. BAR # 472845

        DANIEL F. VAN HORN
        Chief, Civil Division
        D.C. BAR # 924092

        By:_____/s/_____
        JOSHUA KOLSKY
        D.C. BAR #993430
        Assistant United States Attorney
        District of Columbia
        555 Fourth St., N.W.

Washington, D.C. 20530
Phone: (202) 252-2541
Fax: (202) 252-2599

*Counsel for Defendant*