**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JOSHUA EATON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-936 (ABJ) |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff Joshua Eaton and Defendant Central Intelligence Agency, by and through the undersigned counsel, hereby submit this joint status report pursuant to the Court's December 1, 2017, Minute Order.

As reported previously, Defendant identified additional searches to perform in an attempt to locate records responsive to Plaintiff's Freedom of Information Act request. Defendant reports that today, January 12, 2018, it released responsive documents to Plaintiff. Defendant's document production is now complete. The parties respectfully request additional time to confer in order to narrow or eliminate any issues that may remain in dispute.

Accordingly, the parties propose to file a joint status report on February 2, 2018, proposing a briefing schedule if briefing will be necessary.

                                                Respectfully submitted,

                                                ___/s/_____
                                                Alexander English, Esq.
                                                D.C. Dist. Ct. Bar #: MD0005
                                                GreenSpring Legal, LLC
                                                1509 Rainbow Dr., Ste. 101
                                                Silver Spring, MD 20905

Tel: 301-466-4024
ajeenglish@greenspringlegal.com

*Counsel for Plaintiff*


JESSIE K. LIU
D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR #924092
Chief, Civil Division

_____/s/_____
JOSHUA KOLSKY
D.C. BAR # 993430
Assistant United States Attorney
District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2541
Fax: (202) 252-2599
joshua.kolsky@usdoj.gov

*Counsel for Defendant*