UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOSHUA EATON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-936 (ABJ) |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff Joshua Eaton and Defendant Central Intelligence Agency, by and through the undersigned counsel, hereby submit this joint status report pursuant to the Court's January 16, 2018, Minute Order.

As reported, Defendant has finished its production of records it previously identified as responsive to Plaintiff's Freedom of Information Act request. The parties have agreed to the following briefing schedule:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | March 5, 2018 |
| Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment | April 5, 2018 |
| Defendant's Reply in Support of Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment | May 7, 2018 |
| Plaintiff's Reply in Support of Cross-Motion for Summary Judgment | June 7, 2018 |

Accordingly, the parties respectfully request the Court enter the proposed schedule.

                           Respectfully submitted,

                           ___/s/_____
                           Alexander English, Esq.
                           D.C. Dist. Ct. Bar #: MD0005
                           GreenSpring Legal, LLC
                           1509 Rainbow Dr., Ste. 101
                           Silver Spring, MD 20905
                           Tel: 301-466-4024
                           ajeenglish@greenspringlegal.com

*Counsel for Plaintiff*


JESSIE K. LIU
D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR #924092
Chief, Civil Division

                  _____/s/_____
JOSHUA KOLSKY
D.C. BAR # 993430
Assistant United States Attorney
District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2541
Fax: (202) 252-2599
joshua.kolsky@usdoj.gov

*Counsel for Defendant*